Date: 08/11/10

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-32248 - ALONZO, JOSANGEL REY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| NORTHERN STATE POWER CO<br>XCEL ENERGY<br>3215 COMMERCE ST<br>LA CROSSE WI 54603 | 000002 | 243.86 | 1.22 |
| ---------- Remittance Total ---------------- | | 243.86 | 1.22 |

_____
CHARLES W. RIES, Trustee

RECEIVED 10 AUG 12 AM 10:54 U.S. BANKRUPTCY COURT ST. PAUL, MN